**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ROOSEVELT SMITH                                                                    PLAINTIFF

v.                                          4:12-cv-00219-BSM-JTK

RICK EMERSON, et al.                                                          DEFENDANTS

**ORDER**

Plaintiff is an inmate who filed a Complaint (Doc. No. 1) pursuant to 42 U.S.C. § 1983,

without prepayment of the $350.00 filing fee and costs, or a Motion to Proceed In Forma Pauperis

(IFP).

Under the Prison Litigation Reform Act of 1995 ("PLRA"), a prisoner who is permitted to

file a civil action in forma pauperis still must pay the full statutory filing fee of $350.  28 U.S.C. §

1915(b)(1).  The only question is whether a prisoner will pay the entire filing fee at the initiation of

the proceeding or in installments over a period of time.  Ashley v. Dilworth, 147 F.3d 715, 716 (8th

Cir. 1998).  Even if a prisoner is without assets and unable to pay an initial filing fee, he will be

allowed to proceed with his § 1983 claims and the filing fee will be collected by the Court in

installments from the prisoner's inmate trust account.  28 U.S.C. § 1915(b)(4).  **If the**

**prisoner's case is subsequently dismissed for any reason, including a determination that**

**it is frivolous, malicious, fails to state a claim, or seeks monetary relief against a**

**defendant who is immune from such relief, the full amount of the $350 filing fee will be**

**collected and no portion of this filing fee will be refunded to the prisoner.**

The PLRA requires that Plaintiff submit a proper and complete Motion to Proceed In

Forma Pauperis, along with a calculation sheet prepared and signed by an authorized officer

of the detention center.   Plaintiff must submit, within thirty (30) days from entry of this

Order, either: (1) the statutory filing fee of $350; or (2) a proper and complete IFP Motion,

**with the required calculation sheet signed by an authorized official of the detention**

**center at which he is confined**.  Accordingly,

IT IS THEREFORE ORDERED that Plaintiff must submit either the $350 statutory filing

fee or an In Forma Pauperis Motion within thirty days of the entry date of this Order.[1]

The Clerk is directed to send to the Plaintiff an In Forma Pauperis Motion, together with the

filing fee calculation sheet.

DATED this 26th day of April, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1]
The Plaintiff is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states: ". . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."