**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROOSEVELT SMITH                                                              PLAINTIFF

v.                                    4:12-cv-00219-KGB-JTK

RICK EMERSON, et al.                                                        DEFENDANTS

<u>**ORDER**</u>

Plaintiff's Second Motion to Stay this action, based on his current placement in the Arkansas State Hospital (Doc. No.  24) is DENIED.  If Plaintiff presently is unable to litigate this action, he may file a Motion to Voluntarily Dismiss, without prejudice to re-filing at a later date.

IT IS SO ORDERED this 30th day of July, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE