IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROOSEVELT SMITH                                                                                     PLAINTIFF

v.                                           4:12-cv-00219-KGB-JTK

RICK EMERSON, et al.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a _de novo_ review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Emerson, Rafiel, Zulpo and Mehler are DISMISSED, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 20 day of August, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE