# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ROOSEVELT SMITH                                                                                                PLAINTIFF

v.                                    4:12-cv-00219-KGB-JTK

RICK EMERSON, et al.                                                          DEFENDANTS

## ORDER

Plaintiff shall file a Response to Defendant's Motion to Compel (Doc. No. 33) within ten days of the date of this Order. Failure to respond may result in the dismissal without prejudice of Plaintiff's Complaint, for failure to prosecute, pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED this 2nd day of November, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE