# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ROOSEVELT SMITH**                                                                                       **PLAINTIFF**

v.                                    Case No. 4:12-cv-00219-KGB-JTK

**RICK EMERSON, et al.**                                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered and adjudged that this case be, and it is hereby, dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this 29th day of May, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE